**PROBABLE CAUSE AFFIDAVIT**
**Redrick MACKEY**

I, Zachary M. Milush, being duly sworn, do hereby declare and state the following:

## INTRODUCTION

1. I am a Deputy with the United States Marshals Service (USMS) and have been since December 2025. I am currently assigned to the USMS Southern Ohio Fugitive Apprehension Team (SOFAST) in the Southern District of Ohio. I have completed over 500 hours of instruction at the United States Marshals Service National Training Academy at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC). I previously served as a local law enforcement officer with approximately 5 years of experience conducting investigations, fugitive apprehension, as well as enforcing state and local laws and ordinances. I am authorized under 18 U.S.C. § 564 to enforce the laws of the United States, including 18 U.S.C. § 751, entitled Prisoners in Custody of Institution or Officer, and all its subsections.

2. On or about September 18, 2024, Redrick MACKEY was sentenced by United States District Judge Michael H. Watson to a term of 27 months of incarceration in the Bureau of Prisons (BOP) following one conviction under 18U.S.C. §§922(g)(1) and 924(a)(8). MACKEY was also sentenced to three (3) years of Supervised Release.

1. On or about November 27, 2023, MACKEY was released to custody of the BOP, initially incarcerated at FCI Elkton, then transferred to FCI Williamsburg. On or about June 9, 2026, MACKEY was released from FCI Williamsburg with instruction to self-report to the Alvis House for Men, located at 1755 Alum Creek Drive Columbus, Ohio, by 7:30PM that same evening. He was to remain at the Alvis House for Men until his projected release date of August 7, 2026. The Alvis House is a Halfway House in the Southern District of Ohio, and a facility approved by the BOP for transitioning federal inmates.

2. When an inmate is serving part of their sentence at the Alvis House, they remain in BOP custody. Inmates are restricted on their movement to and from the facility and are only able to leave the facility for work or with approval from the facility staff and signing out of the facility when departing and signing back in when returning.

3. On or about July 30, 2026, MACKEY did not return to Alvis House from an approved pass to Walmart. MACKEY was scheduled to return at 2:00pm. Alvis House staff members attempted to contact MACKEY via his cell phone. Alvis House staff also attempted to contact MACKEY'S emergency contact. All phone calls went unanswered. The USMS was notified of this at approximately 5:30pm, via BOP Notice of Escaped Federal Prisoner.

4. As of July 31, 2026, MACKEY has not returned to the Alvis House and his whereabouts are unknown. No attempts have been made by USMS Southern Ohio to locate MACKEY at this time.

5. Based on the foregoing facts and my knowledge and experience, I submit that probable cause exists to believe Redrick MACKEY did knowingly escape from the custody of the United

**PROBABLE CAUSE AFFIDAVIT**
**Redrick MACKEY**

States Bureau of Prisons in violation of 18 U.S.C. 751(a). I thereby request the issuance of a criminal complaint and arrest warrant.

Zachary M. Milush
Deputy U.S. Marshal
United States Marshals Service

Sworn before me and subscribed in my presence this 31st day of July 2026, in Columbus, Ohio

CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE